Charles B. Nichols, Respondent, v. Nelson Mar-

tin and others, Appellants.—Motion for leave to appeal to the Court of Appeals denied.